## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA STEFFENS, Derivatively on Behalf of Nominal Defendant ALLOVIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA M. BRAINARD, DEREK ADAMS, JEFFREY BORNSTEIN, MALCOLM BRENNER, DAVID HALLAL, MORANA JOVAN-EMBIRICOS, VIKAS SINHA, SHAWN TOMASELLO, and JUAN F. VERA, <br><br> Defendants, <br><br> and <br><br> ALLOVIR, INC., <br><br> Nominal Defendant. | 1:24-cv-11721-ADB |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Joshua Steffens ("Plaintiff") voluntarily dismisses his claims in the above-captioned action (the "Action") without prejudice. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiff's dismissal of his claims in the Action is effective upon the filing of this notice.

November 4, 2024

Respectfully submitted,

/s/ *Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
**MATORIN LAW OFFICE, LLC**
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlawoffice.com

1

**CERTIFICATE OF SERVICE**

    I, Mitchell J. Matorin, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 4, 2024.

Dated: November 4, 2024                                  */s/ Mitchell J. Matorin*
                                                                             Mitchell J. Matorin (BBO# 649304)